Form ntc7clwd

211 West Fort Street
Detroit, MI 48226

**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan

Case No.: **08−62981−tjt**
Chapter: 7

In Re: (NAME OF DEBTOR(S))
　Gary Edward Abeska
　P.O. Box 474
　Walled Lake, MI 48390

Social Security No.:
　xxx−xx−5655

Employer's Tax I.D. No.:

## NOTICE OF CHAPTER 7 CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge as Debtors did not file Official Form 23, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

Dated: 4/16/09

　　　　　　　　　　　　　　　　　　　BY THE COURT


　　　　　　　　　　　　　　　　　　　Katherine B. Gullo , Clerk of Court
　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY COURT